IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSE SALAZAR CARRENO                                                            PLAINTIFF

VS.                                                        CIVIL ACTION NO. 5:20-cv-44-KS-MTP

SHAWN R. GILLIS                                                                 DEFENDANT

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on December 16, 2020, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Petition [1] is Granted. Further this Court Orders the Immigration and Customs Enforcement to deport Petitioner or release him subject to appropriate conditions of supervision, to be determined by Immigration and Customs Enforcement, within thirty (30) days of the Court's Order herein.

SO ORDERED this the ___29th___ day of January, 2021.

                                                ___s/Keith Starrett_____
                                                UNITED STATES DISTRICT JUDGE